# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0049.  FERNANDO AVELLANEDA v. JOSE A. BORJA.**

This case originated as a dispossessory proceeding in magistrate court.  The magistrate court entered a judgment in favor of plaintiff Fernando Avellaneda, and defendant Jose Borja appealed to state court.  The state court granted Borja's motion for summary judgment, and Avellaneda filed the instant appeal.  We, however, lack jurisdiction.

When a state court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Avellaneda's failure to do so deprives us of jurisdiction over this appeal.  Accordingly, this case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  09/07/2017*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*